SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>James J. Yates, et al,<br><br><br>Defendants | Case No.: CIV.S 08-cv-01264-JAM-DAD<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF JOE MASSOLO & SONS TRUCKING COMPANY, INC. AND ORDER**<br><br>Complaint Filed:  JUNE 6, 2008<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Joe Massolo & Sons Trucking Company, Inc.) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendant (Joe Massolo & Sons Trucking Company, Inc.) is dismissed because Plaintiff and Defendant have engaged in a formal settlement agreement.

Dated: November 26, 2008                    /s/Scott N. Johnson

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                              CIV: S-08-01264-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3   **IT IS SO ORDERED**.
4
5   Dated:   November 26, 2008
6
7

SCOTT N. JOHNSON
Attorney for Plaintiff

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U. S. DISTRICT JUDGE

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-08-01264-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com